## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  1:13 CV 1455** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **$526,695.24 SEIZED FROM JP MORGAN** | ) | |
| **CHASE BANK INVESTMENT ACCT** | ) | |
| **#74068415, et al.,** | ) | **JUDGMENT** |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously herewith:

The United States' Motion to Strike Claims Pursuant to the Fugitive Disentitlement Statute as to Sbeih Sbeih (Docket #130) is hereby GRANTED.

The Verified Claim filed by Sbeih Sbeih and Nimeh Ahmad-Sbeih (Docket #44) is hereby STRICKEN as to Sbeih Sbeih only.

Sbeih Sbeih's Motion for Leave to File Amended Verified Claim (Docket #117) is hereby DENIED AS MOOT.

The United States' Motion for an Order of Forfeiture as to the Laurell Lane Property (Docket #103) is hereby DENIED.

The United States' Motion to Strike Claim of Nimeh Ahmad-Sbeih for Failing to Comply with Supplemental Rule G(5) (Docket #104) is hereby DENIED.

Mrs. Sbeih's Motion for Leave to File Amended Verified Claim (Docket #118) is hereby GRANTED.

The United States' Motion for Default Judgment as to Real Property Located at 4218 Laurell Lane, North Olmsted Ohio, Permanent Parcel No. 232-19-069 (Docket #120) is hereby DENIED.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: May 12, 2015

-2-