IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:13 CV 1455 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| $525,695.24 SEIZED FROM JP MORGAN | ) | NOTICE OF DEPOSITION |
| CHASE BANK INVESTMENT ACCOUNT | ) | |
| #XXXX8415, IN THE NAME OF SAM H. | ) | |
| SALOUHA AND SAMAH SALOUHA, ET | ) | |
| AL., | ) | |
| | ) | |
| Defendants. | ) | |

**To:  Jorge L. Pla, Attorney for Claimant Sbeih Sbeih:**

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure,

counsel for the United States will take the deposition of Claimant Sbeih Sbeih.

Said deposition will be held at the Office of the United States Attorney, Carl B. Stokes

Court House, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113, on **Wednesday,**

**August 28, 2019, at 9:00 a.m.**

The deposition will be taken upon oral examination pursuant to the Federal Rules of Civil

Procedure before a Notary Public or some other officer authorized by law to take depositions.

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, said deposition is taken for the

purpose of discovery, for use as evidence at trial or otherwise and for such other uses and

purposes as are permitted under the Federal Rules of Civil Procedure or other applicable law.

2

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:     /s/ Henry F. DeBaggis
       Henry F. DeBaggis (OH : 0007561)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3749
       (216) 522-7499 (facsimile)
       Henry.DeBaggis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2019, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Henry F. DeBaggis
Henry F. DeBaggis
Assistant U.S. Attorney