IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:13CV1455 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| $525,695.24 SEIZED FROM JP MORGAN CHASE BANK INVESTMENT ACCOUNT #74068415, IN THE NAME OF SAM H. SALOUHA AND SAMAH SALOUHA, ET AL., | ) ) ) ) ) | GOVERNMENT'S MOTION TO ORDER CLAIMANT SBEIH TO ATTEND RESCHEDULED EVIDENTIARY HEARING |
| Defendants. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Henry F. DeBaggis, Assistant United States Attorney, and respectfully moves the Court to order Claimant Sbeih Sbeih to appear at the rescheduled evidentiary hearing on September 27, 2019, at 9:00 a.m.

Claimant Sbeih was previously ordered to attend this evidentiary hearing; however, on August 30, 2019, the Court granted Claimant' motion to continue the hearing and rescheduled the hearing at 9:00 a.m. on September 27, 2019. For reasons previously presented in the government's initial motion to order the attendance of Claimant at the evidentiary hearing (*Doc.#202*), the government respectfully requests that the Court again order Claimant to attend the rescheduled evidentiary hearing.

WHEREFORE, the government respectfully submits the within Government's Motion to Order Claimant Sbeih to Attend Rescheduled Evidentiary Hearing.

                                                              Respectfully submitted,

                                                              JUSTIN E. HERDMAN
                                                              United States Attorney

By:   /s/ Henry F. DeBaggis
        Henry F. DeBaggis (OH: 0007561)
        Assistant U.S. Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113-1852
        (216) 622-3749
        (216) 522-7499 (facsimile)
        Henry.Debaggis@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of June 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                    /s/ Henry F. DeBaggis
                                                    Henry F. DeBaggis
                                                    Assistant U.S. Attorney