IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:13CV1455 |
| | ) |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| | ) |
| v. | ) |
| | ) |
| $525,695.24 SEIZED FROM | ) |
| JP MORGAN CHASE BANK | ) |
| INVESTMENT ACCT #74068415, | ) |
| et al., | ) |
| | ) **ORDER OF FORFEITURE AS TO** |
| Defendants. | ) **THE REMAINING DEFENDANT ASSETS** |

Pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 981, this is an action for the civil forfeiture

where the following assets remain pending:

- $182,078.99 Seized from JP Morgan Chase Bank Account #973832124, in the Name of Sbeih Sbeih

- $127,894.50 Seized from JP Morgan Chase Bank Account #2996447849, in the Name of Sbeih Sbeih

- $91,824.81 Seized from Third Federal Savings and Loan Account #1200434404, in the Name of Sbeih Sbeih and Nimeh Sbeih

- $37,466.39 Seized from PNC Bank Account #4224348573, in the Name of Sbeih A. Sbeih and Nimeh Sbeih

- $132,078.89 Seized from PNC Bank Account #4222581515, in the Name of Sbeih A. Sbeih

- $96,897.06 Seized from PNC Bank Account #4219509918, in the Name of Sbeih A. Sbeih and Nimeh Sbeih

- $21,480.00 Seized from PNC Bank Account #4221391605, in the Name of Mohammad A. Sbeih and Sbeih A. Sbeih

It appears to the Court that proper proceedings for the issuance of an Order of Forfeiture have been had in this case as follows:

1.     On July 3, 2013, a Complaint in Forfeiture (Doc. 1) was filed in the above-captioned case against multiple defendants, including the above listed assets, (hereinafter, the subject properties).

2.     Notice was sent to Sbeih Sbeih and a verified claim was filed by Sbeih Sbeih and Nimeh Ahmad-Sbeih  (Doc. 44) to the subject properties.

3.     Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereinafter, the "Supplemental Rules"), the United States posted notice of the Complaint in Forfeiture on an official government internet site (www.forfeiture.gov) for 30 consecutive days, beginning on June 3, 2014 and ending on July 2, 2014.

3.     On July 8, 2013, the United States Marshals Service served a Warrant of arrest in Rem on the subject properties (Doc. 21) as required by Rule G(3)(b) of the Supplemental Rules.

4.     On August 8, 2014, Sbeih Sbeih filed an "Answer of Sbeih Sbeih to Complaint in Forfeiture" (Doc. 83) claiming an interest in the subject properties.

5.     On April 10, 2015, the United States filed a Motion to Strike Claims pursuant to the Fugitive Disentitlement Statute as to Sbeih Sbeih (Doc. 130). On May 12, 2015, this Court issued a Memorandum Opinion and Order granting the government's motion striking the claim of Sbeih Sbeih as to the subject properties.

6.    On January 14, 2016, this Court approved a Stipulated Settlement Agreement and Decree of Forfeiture entered into between the United States and Nimeh Sbeih (Doc. 160), wherein, Nimeh Sbeih withdrew her claim, and agreed to the forfeiture of the subject properties.

7.    After this case was remanded by the Sixth Circuit Court of Appeals regarding the fifth prong of the Fugitive Disentitlement Statute, an evidentiary hearing was held on September 27, 2019 (Doc. 215).

8.    On October 30, 2019, this Court issued a Memorandum Opinion granting the Government's Motion to Strike Claims Pursuant to the Fugitive Disentitlement Statute as to Sbeih Sbeih (Doc 216); and issued a Judgment (Doc. 217) stating, "For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Court finds that Defendant, Sbeih A. Sbeih, has deliberately avoided prosecution by failing to reenter the United States," and GRANTED the Government's Motion to Strike Claims Pursuant to the Fugitive Disentitlement Statute.

9.    No other claims have be made to the subject properties.

**Accordingly, it is ORDERED, ADJUDGED, and DECREED**:

10.    The following properties are hereby forfeited to the United States, and no right, title or interest shall exist in any other party:

    a.    $182,078.99 Seized from JP Morgan Chase Bank Account #973832124, in the Name of Sbeih Sbeih;

    b.    $127,894.50 Seized from JP Morgan Chase Bank Account #2996447849, in the Name of Sbeih Sbeih;

    c.    $91,824.81 Seized from Third Federal Savings and Loan Account #1200434404, in the Name of Sbeih Sbeih and Nimeh Sbeih;

    d.    $37,466.39 Seized from PNC Bank Account #4224348573, in the Name of Sbeih A. Sbeih and Nimeh Sbeih;

3

e.      $132,078.89 Seized from PNC Bank Account #4222581515, in the Name of Sbeih A. Sbeih;

f.      $96,897.06 Seized from PNC Bank Account #4219509918, in the Name of Sbeih A. Sbeih and Nimeh Sbeih; and,

g.      $21,480.00 Seized from PNC Bank Account #4221391605, in the Name of Mohammad A. Sbeih and Sbeih A. Sbeih.

11.      The United States shall seize and take control of the subject properties, and shall dispose of them in accordance with law.

SO ORDERED this 5th day of DECEMBER , 2019.

_____
Donald C. Nugent
U.S. District Court Judge
Northern District of Ohio

4